Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

## U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ● NO

**DOCKET NUMBER:** 5:23-cr- 10-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : US vs | CANNON EARL KRESS |
| **COUNTY OF OFFENSE** : | Watauga and Catawba |
| **RELATED CASE INFORMATION** : | |
| *Magistrate Judge Case Number* : | |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | Arrest Warrant |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty   ◯ Misdemeanor   ● Felony

18 U.S.C. §2422(b),  18 U.S.C. §2252A(a)(2)(A)  and  18 U.S.C. §2252A(a)(5)(B)

**JUVENILE:**  ◯ Yes  ● No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | Ford, Kimlani |
| **VICTIM/WITNESS COORDINATORS:** | Squires, Demetra |
| **INTERPRETER NEEDED** : | N/A |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | Statesville case. Defendant in State custody. |